SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

HARRY K. BLACK,
et al.,

      Plaintiffs,

v.                        CIVIL ACTION NO. 2:96-0163

RHONE-POULENC, INC.,

      Defendant.

**JUDGMENT ORDER**

    This class action having been tried by a Jury on July 28, 29, 30 and 31 and August 4, 5, 6, 7 and 10, and the Jury having returned its verdict finding neither the named Plaintiffs nor their properties were damaged as a result of the chemical released during the fire at the Defendant's Institute plant on February 15, 1996, it is hereby

    ORDERED that judgment is entered in favor of the Defendant, Rhone-Poulenc, Inc., and against the representative Plaintiffs and other class members, and the Plaintiffs shall take nothing.

    The Clerk is directed to remove this case from the docket and dismiss the action with prejudice.

The Clerk is directed to send a copy of this Judgment Order to counsel of record.

                ENTER: August 11, 1998

                Charles H. Haden II, Chief Judge